UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| CARPENTER | : | |
|---|---|---|
| | : | Civil Action No. 3:25-cv-13648-MAS-RLS |
| Plaintiff(s) | : | |
| | : | |
| v. | : | **CLERK'S ORDER** |
| | : | |
| JOHNSON & JOHNSON et al | : | |
| | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of a Complaint, filed on July 22, 2025 by Grant L. Davis, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐   a.   An overpayment has been made by the filer; **OR**

☒   b.   A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐   c.   A duplicate, identical Complaint was filed more than once by the same attorney or the same law firm; **OR**

☐   d.   This filing does not require a filing fee; and for good cause shown;

IT IS on this 24th day of July 2025,

**ORDERED THAT**, the sum of $405.00 is refunded through Pay.gov.

MELISSA E. RHOADS, CLERK

By:   *Melissa Connolly*
Melissa Connolly, Management Analyst